# Court of Appeals
# of the State of Georgia

ATLANTA,____May 11, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1562. JEREMY LORENZO THURMAN v. ANTOINE G. CALDWELL, WARDEN, WILCOX STATE PRISON.**

Jeremy Thurman appeals from the trial court's denial of his application for writ of habeas corpus.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*____05/11/2016____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*